STANDARD ACCIDENT INSURANCE COMPANY, Appellant, v. EUGENE A. VEIL, Respondent.— Order reversed, with twenty dollars costs and disbursements and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES M. SIEGEL, Respondent, v. PICTURE GUILD, INC., Appellant.— Order modified by striking out all provisions for a stay, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAM ROSENBLATT, Respondent, v. VICTOR HOUSE and HENRY F. HOLTHUSEN, Appellants, Impleaded with Another.— Order modified by further granting all particulars in paragraph 13 of the notice of motion as to suit of Loew's Incorporated, and as so modified affirmed, without costs. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

E. R. SQUIBB & SONS, Appellant, v. SHERAY, INC., and Others, Respondents, Impleaded with Others.— Order modified by granting full injunctive relief as demanded, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOHN J. NEFF, Respondent, and EARL E. CAMPBELL and Others, Intervening Respondents, v. THE FARMERS LOAN AND TRUST COMPANY and Others, Appellants, Impleaded with GUARANTY TRUST COMPANY OF NEW YORK, Defendant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of WILLIAM C. CONNELLY and Others, Appellants, against FOSTER WHEELER CORPORATION, Respondent.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. There should be an immediate trial. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.